Heather M. LaBombardi, Esq.
NJ ID: 00014-2009
GIBLIN & COMBS
10 Madison Avenue, Box 1297
Morristown, NJ 07962-1297
(973) 829-1500
Attorneys for Defendants Ian Atlas, M.D. and Garden State Urology

| | |
|---|---|
| BARBARA SCHWARTZ, as Executor or the Estate of JAY B. SCHWARTZ and BARBARA SCHWARTZ, Individually<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID KUO, M.D., STEVEN GOSHLER, M.D., AARON CHEVINSKY, M.D., DARREN BLUMBERG, M.D., IAN ATLAS, M.D., AHS HOSPITAL CORP./MORRISTOWN MEDICAL CENTER, ALLIED SURGICAL GROUP, and GARDEN STATE UROLOGY<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>DOCKET NO. 2:13-cv-05227-JLL-JAD<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS IAN ATLAS, M.D. AND GARDEN STATE UROLOGY** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the Complaint and any and all cross-claims asserted against Defendants Ian Atlas, M.D. and Garden State Urology are hereby dismissed with prejudice without costs against either party and without entering into any settlement.

_/s/ Vincent Gonzales_
Vincent Gonzales, Esq.
Attorneys for Plaintiff

_/s/ Heather LaBombardi_
Heather M. LaBombardi, Esq.
Defendants Ian Atlas, M.D. and Garden State Urology

Dated:   September 3, 2015

SO ORDERED: _____

DATED: 9/29/15