SAM ROSENBERG, ESQ.
ROSENBERG, JACOBS & HELLER, PC
201 Littleton Road – Box 513
Morris Plains, New Jersey 07950-0514
(973) 206-2500
Attorneys for Defendants, Aaron Chevinsky, M.D. and Allied Surgical Group

| | |
|---|---|
| BARBARA SCHWARTZ, as Executor of the Estate of JAY B. SCHWARTZ, and BARBARA SCHWARTZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID KUO, .D., STEVEN GOSHLER, M.D., AARON CHEVINSKY, M.D., DARREN BLUMBERG, M.D., IAN ATLAS, M.D., AHS HOSPITAL CORP/MORRISTOWN MEDICAL CENTER, ALLIED SURGICAL GROUP and GARDEN STATE UROLOGY<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Civil Action No: 2:13-cv-05227-JLL-JAD<br><br>CIVIL ACTION<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AARON CHEVINSKY, M.D. AND ALLIED SURGICAL GROUP** |

THE MATTER in difference in the above entitled action having been amicably adjusted by and between the plaintiff and defendants, Aaron Chevinsky, M.D. and Allied Surgical Group, and without any payment made on behalf of said defendants, it is hereby stipulated that the Complaint and all Crossclaims are hereby dismissed with prejudice as to defendants, Aaron Chevinsky, M.D. and Allied Surgical Group.

| | |
|---|---|
| VINCENT GONZALEZ, ESQ.<br>NAPOLI BERN<br>Attorneys for Plaintiff<br><br>By: /s/ Vincent Gonzalez<br>Vincent Gonzalez, Esq.<br><br>Dated: 12/11/2015, 2015 | SAM ROSENBERG, ESQ.<br>ROSENBERG JACOBS & HELLER, PC<br>Attorneys for Defendants, Aaron Chevinsky, M.D. and Allied Surgical Group<br><br>By: /s/ Sam Rosenberg<br>Sam Rosenberg, Esq.<br><br>Dated: 12/11, 2015 |

SO ORDERED: _____

DATED: 12/14/15