NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA SCHWARTZ, as Executor of the Estate of JAY B. SCHWARTZ, and BARBARA SCHWARTZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>KUO., *et al.*,<br><br>Defendants. | Civil Action No.: 13-5227 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way a motion for summary judgment (ECF No. 112)) by Defendant AHS Hospital Corp./Morristown Medical Center ("AHS"). The Court heard oral argument on the motion on March 3, 2016. For the reasons set forth on the record at the March 3rd hearing,

IT IS on this 8th day of March, 2016,

**ORDERED** that AHS's motion for summary judgment (ECF No. 112) is granted; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE